IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. G., FATHER OF M. G.,
MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D16-5872

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Opinion filed June 2, 2017.

An appeal from the Circuit Court for Dixie County.
Jennifer J. Ellison, Judge.

Patricia Smith Wihnyk, Gainesville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.